

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. PD-1118-15 & PD-1119-15

### PAUL ANTHONY GARCIA, Appellant

### v.

### THE STATE OF TEXAS

### IN APPELLANT'S MOTIONS FOR BAIL PENDING APPEAL
### UNDER ARTICLE 44.04(h) V.A.C.C.P.
### FROM THE FOURTH COURT OF APPEALS
### BEXAR COUNTY

*Per curiam.*

## O R D E R

A jury convicted appellant of injury to a child and intoxication manslaughter and

assessed punishment at confinement for 10 years and a fine of $10,000, probated, and 15

years, respectively. The Court of Appeals reversed the convictions and remanded the

cases to the trial court. *Garcia v. State*, Nos. 04-14-00389-CR & 04-14-00390 (Tex.

App.–San Antonio July 29, 2015). The State has filed petitions for discretionary review in

this Court.

Appellant has applied to this Court under Article 44.04(h) of the Code of Criminal Procedure, to set a reasonable bail pending final determination of the appeal. Accordingly, bail is hereby set in the amount of $40,000 in each case, and it is ORDERED that the trial court order Appellant released from confinement assessed in these causes upon the posting of bail. Any sureties must be approved by the trial court. The trial court shall determine and set conditions of bail.

IT IS SO ORDERED this the 8th day of February, 2016.

DO NOT PUBLISH